**PARK B. SMITH, INC.,**
Plaintiff–Appellant,

v.

**CHF INDUSTRIES, INC.,**
Defendant–Appellee.

No. 2008–1320.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2009.

Richard A. DePalma, Thompson Hine, LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief was Katheryn M. Ryan, Baker & McKenzie LLP, of New York, New York.

Stephen L. Sulzer, Connolly Bove Lodge & Hutz LLP, of Washington, DC, argued for defendant-appellee. With him on the brief was James P. Calve.

Before MAYER, SCHALL, and GAJARSA, Circuit Judges.

PER CURIAM.

The district court's grant of summary judgment of non-infringement to CHF Industries, Inc. was based upon the point of novelty test, which was eliminated by

*Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665 (Fed.Cir.2008) (en banc). Accordingly, the judgment of the district court is vacated and the case is remanded for reconsideration and further proceedings as appropriate in light of *Egyptian Goddess*.

### COSTS

Each side shall bear its own costs.

*VACATED AND REMANDED.*